IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Magistrate No. 06-290 **M**
)
LARRY WILLIAMS )

## ORDER OF COURT

AND NOW, to-wit, this 13TH day of July, 2006, upon consideration of the foregoing Request for issuance of a Subpoena Duces Tecum Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, it is hereby ORDERED, ADJUDGED, AND DECREED that the requested subpoena shall be issued and served by an authorized representative of the Federal Public Defender, directing the person listed in the schedule to appear before the Honorable Lisa Pupo Lenihan, United States Magistrate Judge, United States Courthouse, Seventh and Grant Street, Pittsburgh, Pennsylvania 15219 on Friday, July 14, 2006, at _2_ a.m./(p.m) to testify regarding the telephone service of Larry Williams and the service of the telephone numbers 412-404-7013 and the phone service at 1373 Montezuma Street, Pittsburgh, PA 15206;

**SUBPOENA SCHEDULE**

Comcast Cable Communications
Legal Demand Center
Facsimile (720) 276-2794


A representative from Comcast Cable Communications shall testify regarding the telephone service of Larry Williams and the service of the telephone numbers 412-404-7013 and the phone service at 1373 Montezuma Street, Pittsburgh, PA 15206.

   COSTS TO BE BORNE BY THE GOVERNMENT.

_____
Lisa Pupo Lenihan
United States Magistrate Judge